

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

TONI GANTZ
phone: (212) 788-0908
fax: (212) 788-0940
email: tgantz@law.nyc.gov

**MEMO ENDORSED**

November 15, 2007

**BY HAND**
Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

    Re:  <u>Fontanez v. N.Y. City Dep't of Corr. Bldg.</u>, *et al.*, 07 Civ. 7905

Dear Judge Pauley:

    Enclosed is a courtesy copy of defendants' Answer in the above-referenced matter. As Your Honor may recall, defendants' request for an extension of the response date to December 7, 2007 was denied. I received requests for representation from the individual defendants on November 14, 2007, and promptly prepared an Answer on their behalf. <u>I respectfully request that Your Honor accept this late filing.</u>

    Respectfully submitted,

    Toni Gantz
    Assistant Corporation Counsel

cc:    Miguel Fontanez (by mail)

*Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
11/19/07