USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MIGUEL FONTANEZ,                              :

                              Plaintiff Pro Se,    :          07 Civ. 7905 (WHP)

                    -against-                 :          SCHEDULING ORDER

                                              :
NEW YORK CITY DEPT. OF                        :
CORRECTIONS, ANNA M. KROSS                    :
CENTER, DEPUTY TINDAL, DEPUTY                 :
BARRETT, CAPTAIN JOHN, CAPTAIN                :
RAKESTRAW, CAPTAIN ZOUHBI,                    :
CAPTAIN MCFARELANE, C.O.                      :
LATTIMORE, C.O. ATTMORE, C.O.                 :
GOODMAN,                                      :
                                              :
                              Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel having appeared before the Court for an initial pre-trial conference on

November 30, 2007, the following schedule is established on consent of the parties:

        1.      The parties shall complete discovery by February 29, 2008;

        2.      The parties shall submit a joint pre-trial order in accord with this Court's
                Individual Practices by March 31, 2008; and

        3.      A final pre-trial conference shall be held on April 18, 2008 at 10:30 a.m.

Dated:     November 30, 2007
           New York, New York

                                    SO ORDERED:


                                    _____
                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

1

*Copies mailed to*:

Miguel Fontanez
Edgecombe Correctional Facility
611 Edgecombe Avenue
New York, New York 10032-4398
*Plaintiff Pro Se*

Toni Gantz, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*