```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07
```

Mr. Miguel Villanueva
AKA
Miguel Fontanez
2911 Arthur Kill Road
Staten Island, NY, 10309

DEC 1 3 2007

Honorable Judge
William H. Pauley, III
Rm. 2210
U.S. District Court
Southern District of NY

RE: New York City Dept. of Correction v. Miguel Fontanez

Dear Honorable Presiding Judge;   **MEMO ENDORSED**

    I am writing this letter to inform you that I am scheduled to submit an initial disclousure to you as well as copies for the defendants. However, at this present day and time I would like to inform you that I just was recently released from Staten Island University Hosipital due to an emergency operation that was needed to be performed and was successful. ( I spelled Hospital wrong please excuse the mispelling)  I am now at the hospital ward at Arthur Kill Corr. Facility and I am to be discharged into population on 12/11/08. I should have possession of my personal property by 12/12/08 and on that day I will immediately begin to perfect my initial disclusure.

    **So, I ask for your permission to be granted an extension of only one more week 12/21/07 to submit to your Chambers.**

    I would like to thank you in advance for your time and cooperation.

    P.S. Did you receive my letter in regards to service of the summons and complaint to be served to C.O. Lattimore & Dep. Barrett at Riker's Island.

Application granted.

SO ORDERED:

Respectfully submitted,

_____
WILLIAM H. PAULEY III U.S.D.J.
12/14/07

CC/FILED
CC/SENT TO Michael A. Cardozo/
Toni Gantz/ Counsel/ Pro Se Clerk Office
12/11/07